STATE OF NEW JERSEY v. THEOPHILUS WOODS.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HUNT.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER L. PEER.

April 26, 1988.

Petition for certification granted and the matter is summarily remanded to the trial court for reconsideration of defendant's sentence to a four-year prison term on his conviction for theft in light of the Appellate Division's judgment vacating defendant's sentence on his conviction for burglary.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. ISMAEL J. RODRIQUEZ.

April 26, 1988.

Petition for certification denied.